**FILED**

JAN 0 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 06 CR 919 |
| | ) | |
| v. | ) | Violation: Title 18, |
| | ) | United States Code, |
| | ) | Sections 2332a(a)(2)(D) and |
| DERRICK SHAREEF | ) | 844(i) |

**JUDGE COAR**

**MAGISTRATE JUDGE VALDEZ**

## COUNT ONE

The SPECIAL DECEMBER 2005 GRAND JURY charges:

Beginning in or about November 29, 2006 to in or about December 6, 2006, at Rockford, in the Northern District of Illinois, Western Division,

DERRICK SHAREEF,

defendant herein, without lawful authority, attempted to use a weapon of mass destruction against persons and property within the United States, namely, individuals inside the CherryVale Shopping Center and the CherryVale Shopping Center in Rockford, Illinois, and the offense and results of the offense would have affected interstate commerce;

In violation of Title 18, United States Code, Section 2332a(a)(2)(D).

## COUNT TWO

The SPECIAL DECEMBER 2005 GRAND JURY further charges:

Beginning in or about November 29, 2006, and continuing to in or about December 6, 2006, at Rockford, in the Northern District of Illinois,

DERRICK SHAREEF,

defendant herein, attempted to maliciously damage and destroy, by means of fire and an explosive, a building and real and personal property used in interstate commerce and in any activity affecting interstate commerce, namely, the CherryVale Shopping Center in Rockford, Illinois;

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY