**FILED**

06CR919

Dear Mr. Coar,

OCT 7 2008

Judge David H. Coar.
United States District Court

USA v Shareef

I send you greetings of Peace and I hope all is well with you. Getting to the point, I am currently being held in segregation again. I have not spoken to my appointed attorney since I was sentenced on 9/30/08. I am not sure if he filed for my appeal or not and the MCC is being very counter productive. I once again have no adequate law library access, I have not been able to attempt a legal phone call since 9/30/08 and in segregation things are slowed down. I would like to find more information about my appeal rights. So at this time I am respectfully requesting an extension on my appellate dead line. Please grant me this extension Mr. Coar until I can find the appropriate information about my appeal rights and talk with my attorney. My legal knowledge is extremely limited and I can't do anything without assistance.

With the Utmost Respect,
Derrick Shareef · 22344-424

FILED

OCT 7 2008

Judge David H. Coar
United States District Court

**RECEIVED**

OCT 0 7 2008

**JUDGE DAVID H. COAR**

Ajatagullah (Counthos) (Cem)
Dennik Shareef 22394444
4 Washington St.
Unions, Ill. 60405

# RECEIVED

OCT 0 7 2008

## JUDGE DAVID H. COAR

Honorable Judge
David Coar
2101 S. Dearborn
Chicago, IL. 60604

05 OCT 2008 PM 1 L

CHICAGO IL 606

USE APP

BEXER CORRECTIONAL