# Federal Public Defender
## Central District of Illinois

MHW

**RICHARD H. PARSONS**
Chief Federal Defender

401 Main Street, Suite 1500
Peoria, IL 61602

Telephone: (309) 671-7891
Telefax: (309) 671-7898

November 20, 2008

United States District Clerk
2046 Dirksen Federal Building
219 S. Dearborn Street
Chicago IL 60604

FILED
11-24-2008
NOV 2 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE:  UNITED STATES OF AMERICA v. DERRICK SHAREEF
     Northern District of Illinois Court No. 06-CR-919
     Seventh Circuit Court of Appeals No. 08-3508

Dear Clerk:

On November 7, 2008, the U.S. Court of Appeals for the Seventh Circuit appointed the Federal Public Defender for the Central District of Illinois to represent the above-named individual during his appeal originating from a conviction in your District. (See attached Order)

As such, please accept this letter as our request to provide us with the record on appeal in the above-captioned case. In addition to the normal documents contained in the record, please also include the docket sheets and any transcripts that have been prepared. You will notice that the Court of Appeals has authorized us to withdraw the record on appeal which includes the expense of shipping the record to us. Please mail the record to:

> Mr. Andrew J. McGowan, Staff Attorney
> Office of the Federal Public Defender
> 401 Main Street, Suite 1500
> Peoria, IL 61602

A briefing schedule has been set and our brief is due by **February 5, 2009**. Therefore, your prompt attention to this matter will be greatly appreciated. If you have any questions regarding this matter, please do not hesitate to contact Mr. McGowan at 309/ 671-7891. Thank you in advance for your cooperation.

Yours very truly,

RICHARD H. PARSONS
Federal Public Defender

By: _____
Jonathan E. Hawley
Appellate Division Chief

JEH*mka
Enclosure

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 7, 2008

By the court:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee, <br><br>No. 08-3508            v. <br><br>DERRICK SHAREEF, also known as<br>TALIB SALAM IBN SHAREEF,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:06-cr-00919-1<br>]<br>] David H. Coar,<br>]    Judge. |

This matter comes before the court for its consideration of attorney Donald V. Young's **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT-APPELLANT DERRICK SHAREEF**, filed on October 9, 2008. Upon consideration thereof

**IT IS ORDERED** that the Motion to Withdraw is **GRANTED**.

**IT IS FURTHER ORDERED** that Chief Federal Defender Richard H. Parsons, 401 N. Main Street, Peoria, Illinois 61602, is appointed to represent defendant-appellant Derrick Shareef. Counsel is directed to contact the defendant-appellant immediately.

Briefing shall proceed as follows:

1. Defendant-appellant shall file his brief and required short appendix on or before February 5, 2009.

2. Plaintiff-appellee shall file its brief on or before March 9, 2009.

3. Defendant-appellant shall file his reply brief, if any, on or before March 23, 2009.

Note: Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).