|    |                                                                                      |
|----|--------------------------------------------------------------------------------------|
| 1  | IN THE UNITED STATES DISTRICT COURT                                                  |
| 2  | NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION                                       |

UNITED STATES OF AMERICA,   )   No. 06 CR 919-1
                            )
            Plaintiff,      )
                            )
        v.                  )   Chicago, Illinois
                            )   February 7, 2008
DERRICK SHAREEF,            )   9:30 a.m.
                            )
            Defendant.      )   Status

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE DAVID H. COAR

APPEARANCES:

For the Government:    HON. PATRICK J. FITZGERALD
                       United States Attorney, by
                       MR. SERGIO E. ACOSTA,
                       Assistant United States Attorney
                       219 South Dearborn Street
                       Suite 500
                       Chicago, Illinois  60604

For the Defendant:     MR. DONALD V. YOUNG
                       20 North Clark Street
                       Suite 1725
                       Chicago, Illinois  60602




              TRACEY DANA McCULLOUGH, CSR, RPR
                    Official Court Reporter
                   219 South Dearborn Street
                         Room 1420
                   Chicago, Illinois 60604
                       (312) 922-3716

PDF created with pdfFactory trial version www.pdffactory.com

```
 1              THE CLERK:   06 CR 919-1, USA versus Derrick Shareef,
 2    status hearing.
 3              MR. ACOSTA:   Good morning, Your Honor.  Sergio Acosta
 4    for the United States.
 5              MR. YOUNG:   Good morning, Your Honor.  Donald Young
 6    for Derrick Shareef, who's present.
 7              THE COURT:   All right.
 8              DEFENDANT SHAREEF:   Mr. Coar.
 9              THE COURT:   Mr. Shareef.  This was set over until
10    today for status.  Mr. Shareef indicated that his family was
11    trying to secure the services of a private attorney.  As I
12    recall the last time, I appointed Mr. Young to be the attorney
13    in the interim for Mr. Shareef.
14              Mr. Shareef, has your -- what's the situation with
15    the attorney?
16              DEFENDANT SHAREEF:   I sat with Mr. Young, and I do
17    believe that it is in my best interest to just maintain a
18    steady course --
19              THE COURT:   Mr. Young.
20              DEFENDANT SHAREEF:   -- and stay with Mr. Young.
21              THE COURT:   All right.  There is -- then we also have
22    Mr. Shareef's pro se motion to withdraw his guilty plea.  Do
23    you want to go forward with that motion?
24              MR. YOUNG:   No, Judge.  We're going to withdraw that.
25              THE COURT:   All right.  That's your wish, Mr. Shareef?
```

PDF created with pdfFactory trial version www.pdffactory.com

1    DEFENDANT SHAREEF:   Yes, sir, Mr. Coar.
2    THE COURT:   All right.  And you're coming in late, Mr.
3    Young.  How soon can you be ready for sentencing?
4    MR. YOUNG:   That's difficult to answer only because
5    I'm still compiling information, Judge.  What I would ask you
6    to do is maybe give us a status in four to six weeks, and then
7    I can probably tell you where we're at.  I know there's a lot
8    of information here to review.
9    THE COURT:   All right.  Mr. Acosta.
10   MR. ACOSTA:   We have no objection to that, Your Honor.
11   THE COURT:   How about a status on March 13th?
12   MR. YOUNG:   Judge, I'm on a seminar the 13th and the
13   14th.  If we could maybe go into next week.
14   THE COURT:   I can set it till the 18th?
15   MR. YOUNG:   That's fine.
16   MR. ACOSTA:   That's fine, Your Honor.
17   THE COURT:   March 18 at 9:30.
18   MR. YOUNG:   All right.  Thank you very much.
19   THE COURT:   All right.  Thank you.
20   MR. ACOSTA:   Thank you, Judge.
21
22
23
24
25

| | |
|---|---|
| 1 | CERTIFICATE |
| 2 | I HEREBY CERTIFY that the foregoing is a true, correct |
| 3 | and complete transcript of the proceedings had at the hearing |
| 4 | of the aforementioned cause on the day and date hereof. |
| 5 | |
| 6 | */s/TRACEY D. McCULLOUGH*  *January 9, 2009* |
| 7 | Official Court Reporter              Date<br>United States District Court |
| 8 | Northern District of Illinois<br>Eastern Division |

PDF created with pdfFactory trial version www.pdffactory.com