**Exhibit B**



**U.S. Department of Justice**
**Federal Bureau of Prisons**
*Federal Correctional Institution*

---

Greenville, IL 62246

November 12, 2021

MEMORANDUM FOR   All Concerned

FROM:   Nagle, Marcie, Specialty Programs Coordinator
   FCI Greenville, IL

*MNagle, Pg. 10*

SUBJECT:   **Memo for Record**

Derrick Shareef, Register Number 22344-424 has participated in multiple programming opportunities offered through Psychology Services. He has completed the following psychology programs: Traumatic Stress and Resilience, Seeking Safety, Dialectical Behavior Therapy, and Cognitive Processing Therapy. He has also completed Emotional Self-Regulation, Anger Management, Basic Cognitive Skills, Criminal Thinking, and Drug Education. He has also participated in inmate-led book studies.

Mr. Shareef has participated in these programs without having any specific incentive available to him other than an intent to learn and change. For example, his participation does not allow him to benefit from relief under the First Step Act or other outside incentives.

He has worked as a Suicide Watch Companion since 2017. To date, he has completed approximately 42 hours of training. Training topics typically include signs of suicidal thinking, rapport building, stress management, symptoms of anxiety and depression, types of mental health treatment, active listening skills, and empathy building. Mr. Shareef has worked a number of active suicide watches. He has provided social support to inmates on suicide watch; provides constant visual supervision of the inmates, and provides documentation of noteworthy observations. In fact, his documentation has been considered to be of a superior quality and he has been active in following up his written observations with verbal communication with Psychology Services staff.

It is noteworthy that Mr. Shareef has shared with Psychology Services staff that his work as a suicide watch companion has assisted him in gaining greater understanding of and empathy for individuals for whom he would have previously distanced himself. Specifically, he became a strong source of support for a transgender individual who felt adequately comfortable with Mr. Shareef to share with him personal concerns she was unwilling to share with others. This support did not end with the suicide watch but continued into the social environment of the institution.

Mr. Shareef was originally referred to Psychology Services by his case manager and also the Religious Services staff to discuss what they viewed as his conflict between the mindset he held when he was originally incarcerated compared to the mindset he was finding himself drawn to as the years went by.

When I met with Mr. Shareef originally, he expressed his distress as a conflict between what he viewed as acceptable values from an Islamic standpoint versus commonly held prison values. An example of this included his willingness to accept an inmate who had been convicted of a sexual offense as a cellmate due to his belief that it was the right thing to do even though it meant he was ostracized from his community of other Muslim inmates for doing so.

Over the years that Psychology Services has worked with Mr. Shareef, the primary focus has been on assisting him in identifying and challenging ineffective beliefs and replacing them with beliefs that allow him to meet societal expectations without compromising his integrity.

Psychology Services staff so strongly believed Mr. Shareef's transformation was genuine that he was allowed opportunities to interact with individuals from the community that would not have been typically offered to other inmates. These opportunities included multiple interactions with psychology and criminal justice students, some of whom were interested in employment within the Bureau of Prisons. The interactions were meant to not only allow students to gain an inmate's perspective of incarceration but also allowed them to view the kind of reform an individual can make while incarcerated.

Other examples of interactions include his meetings with LGBTQ community members who toured the institution and met with staff as a means to provide education regarding the needs to LGBTQ inmates. Although Mr. Shareef is not a member of the LGBTQ community, his willingness to talk with them about his experience of incarceration is a testament of the changes he has made to his previously unchallenged attitudes.

Mr. Shareef's growth has been notable enough that other staff members, including those individuals who originally referred him to Psychology Services, have mentioned these changes on multiple occasions. Specifically, what is most frequently mentioned is his increased tolerance of others, openness to others' perspectives, willingness to engage with people outside the Muslim faith, and demonstrated empathy and support to individuals who are not well supported within a prison environment.

I would like to commend Mr. Shareef on the work he has done in challenging his cognitive dissonance and encourage him to take every opportunity offered in the future to continue to grow as a positive member of society.