**Exhibit D**

22344-424
SHAREEF, DERRICK
Qtrs: B03-229L
Age: 37

| Profile | Other | CMA | Work | EDC | Discipline | ARS | Health | FRP | PTP/DRG |

**Comments for Team**

SHAREEF, DERRICK        Not up for Team.        💬 New Team Comment

Posted By: BOP09814* on: 11-10-2021 1:49:46 PM

Inmate Shareef has been involved in Religious Services and Reentry programs during his incarceration at FCI Greenville. Inmate Shareef mentors newly incarcerated inmates in a vulnerable population. Shareef participates in Religious services encouraging inmates to follow the policy and procedures of the Federal Bureau of Prisons. Shareef participates in the Reentry programs to help to be prepared for release. Shareef has participated in the Release Orientation Program, inmate suicide companion program, probation and parole program, and multiple programs offered in the education department in order to prepare for release. Shareef is the ideal inmate showing his need to help others, respects staff, and always ready and eager to participate in programs that are beneficial to his needs. Inmate Shareef has also participated in the "Doing Time" program that focuses on helping offenders that committed his/her crime as a juvenile. Shareef showed great remorse during this program. Shareef has never displayed a person of character during his incarceration that displays aggression. Shareef displays the behavior of a person that is not at risk to recidivate. I have observed inmate Shareef over the past 12 years of his incarceration. Inmate Shareef is a genuine person that has and continues to mature and progress.

*FCI Greenville Re-Entry Affairs Coordinator
Jennifer Braye