**Exhibit E**

22344-424

SHAREEF, DERRICK

Qtrs: B03-229L

Age: 37

| Profile | Other | CMA | Work | EDC | Discipline | ARS | Health | FRP | PTP/DRG |

| Comments for Team | FSA Needs |

**SHAREEF, DERRICK**  Not up for Team.  💬 New Team Comment

Posted By: BOP09684* on: 11-8-2021 2:54:41 PM

Inmate Shareef has been very respectable to both staff and inmates alike since he arrived at FCI Greenville in 2009. He has continued to program and even pursue college courses, on his own behalf. Furthermore, he is always willing to help out in Education, even though he doesn't work for our department. He has assisted with teaching several courses as well as volunteering for graduation ceremonies and other activities within the department.

Posted By: BOP09685** on: 11-17-2020 10:44:42 AM

Inmate Shareef has been very active in the Education Dept, since he arrived in 2009. He has taken many ACE courses and college courses. Shareef is always willing to take any new class and especially enjoyed public speaking.

Posted By: BOP09684* on: 11-17-2020 9:21:21 AM

I have known Inmate Shareef since I started working at FCI Greenville in 2008. He has always attended ACE classes and appears to be trying to better himself. He displays a positive attitude and is respectful to both inmates and staff alike.

\* FCI Greenville Education Administrator Amanda Hustedde

\*\* FCI Greenville Education Staff Member J. Kosten