**Exhibit F**



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Federal Correctional Institution*
Greenville IL 62246

November 12, 2021

MEMORANDUM FOR:   T. Ray
                                H2A Case Manager

FROM:                    Joshua J. Houchlei
                                 Cook Supervisor

SUBJECT:              Memo for File

I have worked in food service since January 1, 2012 inmate Shareef was employed here at that time. During his time employment in food service he would take on jobs with increasing responsibilities. Inmate Shareef was working in sanitation which was to ensure the cleanliness all utensils and equipment in the kitchen. Then moved to cook where he was responsible for meal preparation for 1200 inmates for each meal. This included cooking the meal, food sanitation and temperature control and making sure the serving amount was accurate to be able to feed the correct portion sizes to the population. Inmate Shareef has always been respectful and has never been had a discipline issue known to me in food service.