**Exhibit G**



## team wellness center

To: Honorable Judge Matthew Kennelly
United States District Judge

From: Mr. Dani Hourani
Director of Community Reintegration
Team Wellness Center

Re: Letter of Support for Derrick Shareef

Dear Honorable Judge Kennelly,

Sir, my name is Dani Hourani, I am the Director of Community Reintegration for Team Wellness Center. Team Wellness Center is a Certified Community Behavioral Health Clinic and we are dedicated to enhancing the well-being of individuals by providing an array of comprehensive behavioral health and physical health services in a trauma-informed environment that promotes; quality of life as part of the array of mental health services, that includes a dedicated program for jail diversion. Currently, the jail diversion program is serving referrals from the Michigan Department of Correction, the local courts and jails and the Eastern District of Michigan Probation Office. Jail Diversion is an intensive residential program that is supported daily by individual and group therapy; case management; peer support, employment assistance, housing assistance and positive community integration.

I am writing today in support of Mr. Derrick Shareef's motion for compassionate release pursuant to the First Step Act of 2018. In writing in support of Mr. Shareef's motion, I am reminded of a quote by famed Greek poet and philosopher Plutarch, who once so elegantly said, *"To make no mistakes is not in the power of man; but from their errors and mistakes, the wise and good learn wisdom for the future."* This quote best describes not only my friend, Derrick Shareef, but myself as well.

Previous to my position as the Director of Community Reintegration, I was incarcerated with Mr. Shareef for 8 years at the Federal Correctional Institution in Greenville. I was originally serving a mandatory life sentence for an offense committed as a teen. I was released pursuant to a motion for Compassionate Release on September 21, 2020, after having served almost 28 years. My Judge, the Honorable Judge Bernard A. Friedman, took into consideration many different aspects of my character in granting my motion. From my many educational accomplishments while incarcerated, my exemplary conduct, to the many educational and reentry programs I created and instructed. In an essence sir, Judge Friedman considered the man I am today, rather than the young man that went to prison all those years ago.



| Administrative Building | Eastern Market Clinic | Southgate Clinic | Dental & Primary Care | Team East Clinic |
|---|---|---|---|---|
| 921 Howard St. | 2925 Russell St. | 14799 Dix-Toledo Rd. | 3646 Mt. Elliott St. | 6309 Mack Ave. |
| Dearborn, MI 48124 | Detroit, MI 48207 | Southgate, MI 48185 | Detroit, MI 48207 | Detroit, MI 48207 |
| P. (313) 274-3700 | P. (313) 396-5300 | P. (734) 324-8326 | P. (313) 626-2400 | P. (313) 921-4700 |
| F. (313) 274-4900 | F. (313) 396-5353 | F. (734) 324-8327 | F. (313) 921-4125 | F. (313) 924-0609 |

Today sir, I ask of you to do the same regarding my friend, Derrick Shareef. In my time with Mr. Shareef, I made the following observations. He is dedicated to improving upon himself in every way possible. Not just from an educational perspective, but more so his personal growth. Sir, I will not take up this Court's time restating the many programs that Mr. Shareef has completed, I am certain this Court is well aware of them.

Rather, I would like to highlight the personal growth I saw in Mr. Shareef. Before my release from Federal Prison, I was the lead instructor for many of the reentry programs offered at F.C.I. Greenville. In fact, I have numerous memorandums of commendation from various staff members regarding the efforts I put forth in creating and instructing those programs.

Mr. Shareef was a student in many of those programs. He was fully dedicated to each course and over the years I spent with him I could constantly see his positive personal growth. He constantly exemplified a positive attitude towards rehabilitation and education. I could always count on him to share positive feedback to the young men and to encourage them to not continue upon the same path of criminality that would certainly lead to a harsher punishment in their life. It was a pleasure to have Mr. Shareef in class not just for his wisdom and knowledge, but more so because he was a positive role model for the young men in class and a strong ally in my advocacy to change the student's perspective on their actions.

In 1975 Muhammad Ali very eloquently said in an interview, *"The man who views the world at 50 the same as he did at 20 has wasted 30 years of his life."* It is clear that Mr. Shareef does not view his life as such. His actions have shown that he is no longer the person he was when first incarcerated. Today the government asks you to view him as such. Respectfully sir, I pray that you shall not do so. Rather, it is my hope that you shall view Mr. Shareef as the successful, productive and rehabilitated man he is now.

Sir, I am careful in the men I would invest my name and integrity on. Yet, I have no hesitation in doing so when it comes to Mr. Shareef. I am certain that Mr. Shareef, like myself, will strive to give back to his community in many positive ways and be a tremendous source of wisdom for the youth. Through my many interactions and conversations I had with him it was very clear to me that he had many regrets for the actions that led to his current incarceration. If my 28 years of incarceration taught me anything, it was to be able to see who was sincere in their remorse and who was just pretending. I have no doubt in Mr. Shareef's sincerity when it comes to his remorse.

Since accepting my position as Director of Community Reintegration for Team Wellness Center I have focused our company's efforts on providing the individuals releasing from incarceration with as many resources as necessary to ensure their successful reintegration. Team Wellness Center had previously established programs to provide Mental Health and Substance Abuse treatment, primary care and dental care, employment and housing specialist. Most programs provided through Medicaid, which almost all returning citizens are eligible for immediately upon release.

Through partnerships I have formed with various non-profit organizations focused on the returning citizen population and by partnering with numerous governmental agencies we are able to provide even more resources for the returning citizen population.



| Administrative Building | Eastern Market Clinic | Southgate Clinic | Dental & Primary Care | Team East Clinic |
|---|---|---|---|---|
| 921 Howard St. | 2925 Russell St. | 14799 Dix-Toledo Rd. | 3646 Mt. Elliott St. | 6309 Mack Ave. |
| Dearborn, MI 48124 | Detroit, MI 48207 | Southgate, MI 48185 | Detroit, MI 48207 | Detroit, MI 48207 |
| P. (313) 274-8700 | P. (313) 396-5300 | P. (734) 324-8326 | P. (313) 626-2400 | P. (313) 921-4700 |
| F. (313) 274-4900 | F. (313) 396-5353 | F. (734) 324-8327 | F. (313) 921-4125 | F. (313) 924-0609 |

We can now issue gift cards upon release that will provide funds for clothing and other life necessities. We are able to enroll them in free job training and Certification through MichiganWorks, a WOIA funded program. This program offers certifications and licensing in such fields as CDL, Barbering, Electrical, Microsoft Office, and many others that allow the returning citizen an opportunity at a career, rather than simply a job. Furthermore, through our partnership with the Michigan Secretary of State we are able to assist our members in obtaining their ID and Drivers license. We offer courses on financial literacy and can assist our members with creating a resume and instruct them on job interview skills. Upon completion of these programs our MichiganWorks partners are able to provide work resources necessary for each field (i.e. clothing, tools, technical equipment, etc). And further, this partnership is able to provide up to $4,000.00 towards the purchase of a car to provide transportation to and from work.

It is my understanding after speaking with Mr. Shareef's counsel that should this motion be granted, his intention is to come live with his grandmother in Detroit. If so, all these resources and others will be available to him. It is my intention to ensure that any barrier to Mr. Shareef's reintegration is removed.

I close this letter with a quote, of which I cannot take credit for, but rather one that was shared by another individual who was once incarcerated with me. He himself, wrote a letter of support for my petition for compassionate release. I share his statement here because I find it so perfectly suited to Mr. Shareef's situation, as it was mine.

"If incarceration is for correction, then it has served its purpose in Mr. Shareef's life. If it is for punishment then society has been served its justice. Allow Mr. Shareef to use his life, his testimony, to help others not make the same bad choices that he made."

My friend Clarence Coakley shared those thoughts with my judge in his letter of support on my behalf and today I share those same thoughts with you regarding Mr. Shareef.

Socrates once said, *"The secret to change is to focus all your energy, not on changing the old, but on building the new."* Mr. Shareef actions have clearly shown that he has endeavored to do just that since his incarceration. He has strived to better himself in every way possible. Not by trying to simply build upon his previous self, but rather by completely changing every aspect of his past. This is a testament to integrity of character, and maturity. He has repeatedly, through his actions shown that he is fully committed to returning to his community a more accomplished and responsible citizen. I pray you now give him that opportunity.

I thank you in advance for your consideration of my letter on his behalf. If you have any questions or concerns please feel free to reach out to me.

Respectfully Yours,

*Dani Hourani*

Mr. Dani Hourani
Director of Community Reintegration
Team Wellness Center
dani.hourani@t-mhs.com
Cell: 313-949-5167

carf

| Administrative Building | Eastern Market Clinic | Southgate Clinic | Dental & Primary Care | Team East Clinic |
|---|---|---|---|---|
| 921 Howard St. | 2925 Russell St. | 14799 Dix-Toledo Rd. | 3646 Mt. Elliott St. | 6309 Mack Ave. |
| Dearborn, MI 48124 | Detroit, MI 48207 | Southgate, MI 48185 | Detroit, MI 48207 | Detroit, MI 48207 |
| P. (313) 274-3700 | P. (313) 396-5300 | P. (734) 324-8326 | P. (313) 626-2400 | P. (313) 921-4700 |
| F. (313) 274-4900 | F. (313) 896-5353 | F. (734) 324-8327 | F. (313) 921-4125 | F. (313) 924-0609 |

# Team Wellness Center

## Dani Hourani
## Director of Community Reintegration

921 Howard Street
Dearborn, MI 48124
dani.hourani@t-mhs.com

OFFICE: (313) 274-3700
FAX: (313) 274-4900
CELL: (313) 949-5167

24 HOUR CRISIS: (888) 813-TEAM
HEARING IMPAIRED: (313) 638-2762

# INTRODUCING TEAM JEFFERSON

Team Jefferson is a transitional living program for offenders who are being released from jail where mental illness and/or substance abuse may be a factor.

Our goal is to assist returning citizens in transitioning back into the community by providing them with the support and management skills for their illness or disorder that will allow them to live productive and healthy lives.



## TEAM WELLNESS CENTER

**TEAM JEFFERSON**
11105 E. Jefferson Ave.
Detroit, MI 48214
(313) 331-3435

**TEAM EAST**
6309 Mack Ave.
Detroit, MI 48207
(313) 331-3435

**EASTERN MARKET**
2925 Russell St.
Detroit, MI 48207
(313) 396-5300

**SOUTHGATE**
14799 Dix-Toledo Rd.
Southgate, MI 48195
(734) 324-8326

www.teamwellnesscenter.com



# TEAM JEFFERSON

Prisoner Reentry and Jail Diversion Program



## WHO WE ARE

Since 2002, Team Wellness Center has been providing exceptional services and care to adults with severe and chronic mental illness in Southeast Michigan.

Since then, we have expanded our services to include substance use, primary care, child/adolescent, and dental services to meet the growing needs of the community.

## OUR MISSION

Team Wellness Center is dedicated to enhancing the well-being of individuals by providing an array of comprehensive behavioral and physical health services in an environment that promotes quality of life, continuous improvement and social awareness.

## ELIGIBILITY

To be eligible for the Team Jefferson program individuals must have one or more of the following behavioral health issues at the time they are released from jail:

- Mental Illness
- Substance Use Disorders
- Developmental Delays

## REQUIREMENTS

Members of the Team Jefferson program are required to:

- Begin treatment services from the point of intake
- Continue treatment in accordance with their release
- Participate in pre-vocational training and/or skill building
- Have no arrest for any crimes while enrolled in the program

## OUR SERVICES

- Mental Health Treatment
- Substance Use Treatment
- Individual and Group Therapy
- Peer Mentorship
- Skill Building & Pre-Vocational Training
- Adult Education / G.E.D. Classes
- Dental Care
- Primary Care Services
- Independent Living Supports
- Socialization and Recreation



## TEAM WELLNESS CENTER

**At Team Wellness, we're all working together too, to treat all parts of you.**

With programs and therapies that focus on your mental well-being, diagnostics and treatments to address your physical needs, we deliver a wealth of support services to make your life more manageable and less stressful. WE DO IT ALL, TO TREAT ALL OF YOU!

**What can we do for you today?**

### THREE LOCATIONS

**EASTERN MARKET**
2925 Russell St.
Detroit, MI 48207
313.396.5300

**SOUTHGATE**
14799 Dix-Toledo Rd.
Southgate, MI 48195
734.324.8326

**TEAM WELLNESS CENTER - EAST**
6309 Mack Ave.
Detroit MI, 48207
313.331.3435

### TEAM WELLNESS FAST FACTS.

- Same-day appointments, with or without referrals
- Evening and weekend clinical services
- Classes and workshops offered daily
- Health planning
- Fitness and nutrition services, at no cost to members
- All insurances accepted, including Medicaid pending



Operating hours: 9 am – 5 pm, Mon. – Fri. at all locations.
Many services available 24 hours a day.

## WHAT CAN WE DO FOR YOU?



teamwellnesscenter.com
Call for your free appointment today.



TEAM WELLNESS CENTER





## Mental Health

- Psychiatric evaluation
- Medication-assisted treatment
- Medication management/nursing
- Outpatient therapy
- Care coordination
- Crisis intervention
- Substance use disorders
- Group therapy
- Assistance programs for the intellectually and developmentally disabled
- Peer services
- Depression screening
- Trauma support



## Physical Health

- Primary care services
- Vitals monitoring
- X-ray services
- On-site lab
- On-site pharmacy
- Vision care
- Podiatry clinic
- Nursing follow-up for chronic health conditions
- Full dental and dental hygiene care
- Smoking cessation programs
- Health education
- Yoga classes



## Support Services

- Housing assistance
- Food vouchers
- Transportation
- Clothing
- Laundry facility
- Shower facilities, including personal hygiene supplies
- Barber shop services
- Employment training and placement
- GED classes
- Vocational/skilled trade training
- Culinary arts program
- Horticulture classes
- AA and NA 12-step groups
- Meditation classes
- Faith-based counseling
- Legal services
- DHHS assistance