# Exhibit I



## Individualized Needs Plan - Program Review   (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SHAREEF, DERRICK  22344-424

SEQUENCE: 01367693
Team Date: 08-27-2021

| | | | |
|---|---|---|---|
| Facility: | GRE  GREENVILLE FCI | Proj. Rel. Date: | 11-11-2036 |
| Name: | SHAREEF, DERRICK | Proj. Rel. Mthd: | GCT REL |
| Register No.: | **22344-424** | DNA Status: | GRE03433 / 10-19-2011 |
| Age: | 36 | | |
| Date of Birth: | 09-30-1984 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| GRE | REC YARD 2 | 1230-1530 | 06-15-2021 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| GRE | ESL HAS | ENGLISH PROFICIENT | 03-19-2007 |
| GRE | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-27-2009 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| GRE | | ACT WORK KEYS PROGRAM | 06-13-2021 | CURRENT |
| GRE | | BEGINNER DRAWING CLASS | 08-06-2021 | CURRENT |
| GRE | | BEGINNER PAINTING CLASS | 08-06-2021 | CURRENT |
| GRE | | RPP4 US PROBATION OFFICE | 06-14-2021 | CURRENT |
| GRE | C | RELEASE ORIENTATION PROGRAM-3 | 07-22-2021 | 07-22-2021 |
| GRE | C | RELEASE ORIENTATION PROGRAM-2 | 07-21-2021 | 07-21-2021 |
| GRE | C | RELEASE ORIENTATION PROGRAM-1 | 07-20-2021 | 07-20-2021 |
| GRE | C | YOUTH MENTOR PROGRAM | 11-07-2019 | 03-22-2021 |
| GRE | C | WORLD GOVERNMENTS FCI ACE | 12-29-2020 | 12-29-2020 |
| GRE | C | WHERE TO LOCATE JOBS ACE | 12-03-2020 | 12-03-2020 |
| GRE | C | INTERVIEW PROCESS ACE | 12-03-2020 | 12-03-2020 |
| GRE | C | PERSON TO PERSON FCI ACE | 12-03-2020 | 12-03-2020 |
| GRE | C | MANAGING CREDIT WISELY ACE | 12-03-2020 | 12-03-2020 |
| GRE | C | FCI PERSONAL DEVELOPEMENT ACE | 11-18-2020 | 11-18-2020 |
| GRE | C | BUSINESS PLAN FCI ACE | 11-12-2020 | 11-12-2020 |
| GRE | C | PERSON TO PERSON FCI ACE | 10-28-2020 | 10-28-2020 |
| GRE | C | INTERVIEW PROCESS ACE | 10-07-2020 | 10-07-2020 |
| GRE | C | WHERE TO LOCATE JOBS ACE | 09-17-2020 | 09-17-2020 |
| GRE | C | ACE POSITIVELY CLASS | 08-04-2020 | 08-04-2020 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 03-31-2020 | 03-31-2020 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 12-31-2019 | 12-31-2019 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 01-31-2020 | 01-31-2020 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 12-31-2019 | 12-31-2019 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 10-04-2019 | 10-04-2019 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 07-26-2019 | 07-26-2019 |
| GRE | C | G'VILLE U AMERICAN HISTORY 105 | 01-23-2019 | 05-08-2019 |
| GRE | C | COMMUNICATION CLASS | 01-20-2019 | 04-29-2019 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 04-03-2019 | 04-03-2019 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 03-04-2019 | 03-04-2019 |
| GRE | C | RPP6 3 STEPS TO SUCCESS | 09-17-2018 | 12-20-2018 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 10-12-2018 | 10-12-2018 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 07-02-2018 | 07-02-2018 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 04-04-2018 | 04-04-2018 |
| GRE | C | RPP1 HIV EDUCATION | 01-18-2018 | 03-22-2018 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 02-09-2018 | 02-09-2018 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 01-19-2018 | 01-19-2018 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 01-03-2018 | 01-03-2018 |



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SHAREEF, DERRICK 22344-424

SEQUENCE: 01367693
Team Date: 08-27-2021

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| GRE | C | ULTIMATE TRAINER COURSE | 07-20-2017 | 11-01-2017 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 10-02-2017 | 10-02-2017 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 08-29-2017 | 08-29-2017 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 07-10-2017 | 07-10-2017 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 07-03-2017 | 07-03-2017 |
| GRE | C | INTRO SUICIDE COMPANION TRNG | 06-26-2017 | 06-26-2017 |
| GRE | C | SEEKING SAFETY | 08-04-2016 | 12-29-2016 |
| GRE | C | TRAMATIC STRESS RESILIENCE WS | 03-24-2016 | 07-28-2016 |
| GRE | C | BEGINNER PAINTING CLASS | 11-02-2015 | 12-31-2015 |
| GRE | C | CREATIVE WALL ART | 08-21-2015 | 10-09-2015 |
| GRE | C | ACE SEWING CLASS AM | 09-14-2011 | 10-27-2011 |
| GRE | C | PUBLIC SPEAKING | 04-27-2009 | 08-06-2009 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 01-22-2009 |
| CARE1-MH | CARE1-MENTAL HEALTH | 06-23-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| C19-RCVRD | COVID-19 RECOVERED | 11-28-2020 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-22-2009 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-22-2009 |

### Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 02-12-2009 |
| ED COMP | DRUG EDUCATION COMPLETE | 06-17-2021 |
| NR WAIT | NRES DRUG TMT WAITING | 01-25-2019 |

### FRP Payment Plan

| Most Recent Payment Plan |
|--------------------------|

**FRP Assignment:    PART    FINANC RESP-PARTICIPATES    Start: 03-08-2021**

Inmate Decision:  **AGREED    $25.00**        Frequency: **QUARTERLY**
Payments past 6 months:    **$25.00**        Obligation Balance: **$4,400.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | |
| 2 | FINE | $5,000.00 | $4,400.00 | IMMEDIATE | AGREED |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
|--|-------------|------------|------|-------------|--------|--|--------|
| | | 03-12-2021 | GRE | PAYMENT | INSIDE PMT | | $25.00 |

### FRP Deposits

Trust Fund Deposits - Past 6 months:    $ N/A        Payments commensurate ?   N/A

New Payment Plan:  \*\* No data \*\*

### Current FSA Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 03-19-2020 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 08-27-2021 |



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SHAREEF, DERRICK  22344-424

SEQUENCE: 01367693
Team Date: 08-27-2021

| Assignment | Description | Start |
|---|---|---|
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 08-27-2021 |
| N-COGNTV N | NEED - COGNITIONS NO | 08-27-2021 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 08-27-2021 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 08-27-2021 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 08-27-2021 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 08-27-2021 |
| N-MEDICL N | NEED - MEDICAL NO | 08-27-2021 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 08-27-2021 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 08-27-2021 |
| N-TRAUMA Y | NEED - TRAUMA YES | 08-27-2021 |
| N-WORK Y | NEED - WORK YES | 08-27-2021 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 08-27-2021 |

**Progress since last review**

Since his last review, he has completed 7 educational courses and the ROP Program.

**Next Program Review Goals**

Continue taking education courses by your next review.

**Long Term Goals**

Continue with your FRP payments until your obligations are complete.

**RRC/HC Placement**

No.
Management decision - Will review within the 17-19 month time frame..

**Comments**

** No notes entered **



**Individualized Needs Plan - Program Review    (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: SHAREEF, DERRICK  22344-424

SEQUENCE: 01367693
Team Date: 08-27-2021

Name: SHAREEF, DERRICK
Register No.: **22344-424**
Age: 36
Date of Birth: 09-30-1984

DNA Status:   GRE03433 / 10-19-2011

Inmate    (SHAREEF, DERRICK, Register No.: 22344-424)

Date

Unit Manager / Chairperson

Case Manager

Date

Date