**Exhibit J**

# Bureau of Prisons
# Psychology Services
# Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Nagle, Marcie PsyD |
| Date: | 02/06/2020 | Group Facility: GRE | Group Title: | [321] FCI SWC TSR #1 |

Status: Enrolled
Enroll Date: 02/13/2020   End Date:
Total Hours: 3

## SESSION DATA:

Number of Sessions: 5   First Session Date: 02/13/2020   Last Session Date: 03/12/2020

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 03/12/2020 | ACE Events/Environmental Factors | 60 | Complete Session | Good | Not Apply |
| 03/05/2020 | No Class - Unicor Shakedown | 0 | Absent Excused | Not Apply | Not Apply |
| 02/28/2020 | Types of Trauma | 60 | Complete Session | Good | Not Apply |
| 02/20/2020 | No Class - Workplace Violence Hearing | 0 | Absent Excused | Not Apply | Not Apply |
| 02/13/2020 | Intro/Stress vs Trauma | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 60.0 % | Good | 60.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| | | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Not Apply | 40.0 % | | |
| Absent Excused | 40.0 % | | | | |
| Absent Not Excused | 0.0 % | | | | |

# Bureau of Prisons
## Psychology Services
### Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Nagle, Marcie PsyD |
| Date: | 11/08/2019 | Group Facility: GRE | Group Title: | [304] FCI DBT #3 |

Status: Enrolled
Enroll Date: 11/08/2019  End Date:
Total Hours: 12.75

## SESSION DATA:

Number of Sessions: 17   First Session Date: 11/08/2019   Last Session Date: 03/06/2020

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 03/06/2020 | Emotional Regulation Part 2 | 60 | Complete Session | Good | Not Apply |
| 02/21/2020 | Emotional Regulation Intro | 60 | Complete Session | Good | Not Apply |
| 02/21/2020 | Distress Tolerance Wrap-up | 60 | Complete Session | Good | Not Apply |
| 02/14/2020 | Radical Acceptance Part 2 | 60 | Complete Session | Good | Not Apply |
| 02/07/2020 | Radical Acceptance | 60 | Complete Session | Good | Not Apply |
| 01/31/2020 | Intro to Distress Tolerance/Willingness | 60 | Complete Session | Good | Not Apply |
| 01/24/2020 | No Class - Fog Count | 0 | Absent Excused | Not Apply | Not Apply |
| 01/16/2020 | No Class -RBK TDY | 0 | Absent Excused | Not Apply | Not Apply |
| 01/10/2020 | Non-Judgment/Wise Mind | 60 | Complete Session | Good | Satisfactory |
| 01/03/2020 | Turtling; Review of Skills | 45 | Complete Session | Good | Satisfactory |
| 12/27/2019 | No Class - FCI Needs | 0 | Absent Excused | Not Apply | Not Apply |
| 12/20/2019 | No Class -RBK TDY | 0 | Absent Excused | Not Apply | Not Apply |
| 12/13/2019 | Mindfulness Part 2 | 60 | Complete Session | Good | Satisfactory |
| 12/06/2019 | Mindfulness Intro | 60 | Complete Session | Good | Not Apply |
| 11/29/2019 | Behavior Chain Analysis | 60 | Complete Session | Good | Not Apply |
| 11/22/2019 | Dialectics | 60 | Complete Session | Good | Not Apply |
| 11/08/2019 | Intro | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 76.5 % | Good | 76.5 % | Not Apply | 82.4 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 17.6 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 23.5 % | Not Apply | 23.5 % | | |
| Absent Not Excused | 0.0 % | | | | |

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

# Bureau of Prisons
# Psychology Services
# Group Participation

| | | | |
|---|---|---|---|
| **Inmate Name:** SHAREEF, DERRICK | | **Reg #:** 22344-424 | |
| **Date of Birth:** 09/30/1984 | **Sex:** M | **Facilitator:** (P)Nagle, Marcie PsyD | |
| **Date:** 08/02/2019 | **Group Facility:** GRE | **Group Title:** [289] FCI SS#6 | |

**Status:** Completed
**Enroll Date:** 08/02/2019  **End Date:** 11/05/2019
**Total Hours:** 10.0

## SESSION DATA:

**Number of Sessions:** 14  **First Session Date:** 08/02/2019  **Last Session Date:** 11/01/2019

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 11/01/2019 | Final | 60 | Complete Session | Good | Not Apply |
| 10/25/2019 | No Class - Staff on Leave | 0 | Absent Excused | Not Apply | Not Apply |
| 10/17/2019 | Healthy Relationships Part 2 | 60 | Complete Session | Good | Not Apply |
| 10/11/2019 | Healthy Relationships | 60 | Complete Session | Good | Not Apply |
| 10/04/2019 | No Class - RBK TDY | 0 | Absent Excused | Not Apply | Not Apply |
| 09/27/2019 | Red/Green Flags | 60 | Complete Session | Good | Not Apply |
| 09/20/2019 | Honesty | 60 | Complete Session | Good | Not Apply |
| 09/13/2019 | Anger | 60 | Complete Session | Good | Not Apply |
| 09/06/2019 | Safe Coping Skills | 60 | Complete Session | Good | Not Apply |
| 08/30/2019 | No Class - Staff at CMT | 0 | Absent Excused | Not Apply | Not Apply |
| 08/23/2019 | No Class - Staff on Leave | 0 | Absent Excused | Not Apply | Not Apply |
| 08/16/2019 | Strength from Adversity | 60 | Complete Session | Good | Not Apply |
| 08/08/2019 | Signs of Recovery Part 2 | 60 | Complete Session | Good | Not Apply |
| 08/02/2019 | Intro/Signs of Recovery | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 71.4 % | Good | 71.4 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 28.6 % | Not Apply | 28.6 % | | |
| Absent Not Excused | 0.0 % | | | | |

# Bureau of Prisons
# Psychology Services
# Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Sears, Patrick PsyD |
| Date: | 07/24/2019 | Group Facility: GRE | Group Title: | [285] Emotional Self-Regulation |

Status: Completed
Enroll Date: 07/24/2019  End Date: 08/05/2019
Total Hours: 6.0

## SESSION DATA:

Number of Sessions: 6  First Session Date: 07/24/2019  Last Session Date: 08/05/2019

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 08/05/2019 | Functional Behavior Analysis, Review, Closing | 60 | Complete Session | Good | Not Apply |
| 08/05/2019 | Mood Swings, Thinking Errors | 60 | Complete Session | Good | Not Apply |
| 08/01/2019 | Anxiety, Cognition, Mindful Breathing, Grounding | 60 | Complete Session | Good | Not Apply |
| 08/01/2019 | Depression, Cognition, Behavior Activation, Sleep Hygiene | 60 | Complete Session | Good | Not Apply |
| 07/24/2019 | Behavior Change, Thinking Errors, and RSAs | 60 | Complete Session | Good | Not Apply |
| 07/24/2019 | Expectations of Psychotropic Medications | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

**Bureau of Prisons**     **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Group Participation**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Nagle, Marcie PsyD |
| Date: | 04/26/2019 | Group Facility: GRE | Group Title: | [274] FCI TSR #6 |

Status: Completed
Enroll Date: 04/26/2019    End Date: 08/02/2019
Total Hours: 8.0

## SESSION DATA:

Number of Sessions: 13    First Session Date: 04/26/2019    Last Session Date: 07/19/2019

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 07/19/2019 | Coping Skills Part 2/Final | 60 | Complete Session | Good | Not Apply |
| 07/12/2019 | No Class- Staff Meeting | 0 | Absent Excused | Not Apply | Not Apply |
| 07/05/2019 | No Class - Holiday Schedule | 0 | Absent Excused | Not Apply | Not Apply |
| 06/28/2019 | Coping Skills | 60 | Complete Session | Good | Not Apply |
| 06/21/2019 | No Class - Staff on A/L | 0 | Absent Excused | Not Apply | Not Apply |
| 06/13/2019 | Resilience | 60 | Complete Session | Good | Not Apply |
| 06/07/2019 | Associated Conditions | 60 | Complete Session | Good | Not Apply |
| 05/31/2019 | No Class - Inmate Recall | 0 | Absent Excused | Not Apply | Not Apply |
| 05/24/2019 | Trauma and Beliefs | 60 | Complete Session | Good | Not Apply |
| 05/16/2019 | Symtpoms of Trauma | 60 | Complete Session | Good | Not Apply |
| 05/10/2019 | No Class - Staff on A/L | 0 | Absent Excused | Not Apply | Not Apply |
| 05/03/2019 | Types of Trauma | 60 | Complete Session | Good | Not Apply |
| 04/26/2019 | Intro/Stress vs Trauma | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 61.5 % | Good | 61.5 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 38.5 % | Not Apply | 38.5 % | | |
| Absent Not Excused | 0.0 % | | | | |

# Bureau of Prisons
# Psychology Services
# Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Sears, Patrick PsyD |
| Date: | 04/19/2016 | Group Facility: GRE | Group Title: | [128] Inmate Companion Training (Suicide |

Status: Expulsion
Enroll Date: 06/26/2017　End Date: 03/02/2020
Total Hours: 42.0

## SESSION DATA:

Number of Sessions: 21　First Session Date: 06/26/2017　Last Session Date: 01/07/2020

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 01/07/2020 | Semiannual Training | 240 | Complete Session | Good | Not Apply |
| 01/03/2020 | Quarterly Meeting (January, February, March) | 60 | Complete Session | Good | Not Apply |
| 10/04/2019 | Quarterly Meeting (October, November, December) | 60 | Complete Session | Good | Not Apply |
| 07/26/2019 | Semiannual Training | 240 | Complete Session | Good | Not Apply |
| 07/26/2019 | Quarterly Meeting (July, August, September) | 60 | Complete Session | Good | Not Apply |
| 04/03/2019 | Quaterly Meeting (April, May, June) | 60 | Complete Session | Good | Not Apply |
| 01/10/2019 | Semiannual Training | 240 | Complete Session | Good | Satisfactory |
| 01/04/2019 | Quarterly Meeting (January, February, March) | 60 | Complete Session | Good | Not Apply |
| 10/12/2018 | Quarterly Meeting (October, November, December) | 60 | Complete Session | Good | Not Apply |
| 07/02/2018 | Semiannual Training | 240 | Complete Session | Good | Not Apply |
| 07/02/2018 | Quarterly Meeting (July, August, September) | 60 | Complete Session | Good | Not Apply |
| 04/04/2018 | Quarterly Meeting (April, May, June) | 60 | Complete Session | Good | Not Apply |
| 02/09/2018 | Supplemental Training | 120 | Complete Session | Good | Not Apply |
| 01/19/2018 | Semiannual Training | 120 | Complete Session | Good | Not Apply |
| 01/12/2018 | Semiannual Training | 120 | Complete Session | Good | Not Apply |
| 01/03/2018 | Quarterly Meeting (January, February, March) | 60 | Complete Session | Good | Not Apply |
| 10/02/2017 | Quarterly Meeting (October, November, December) | 60 | Complete Session | Good | Not Apply |
| 08/29/2017 | Supplemental Training | 60 | Complete Session | Good | Not Apply |
| 07/10/2017 | Semiannual Training | 240 | Complete Session | Good | Not Apply |
| 07/03/2017 | Quarterly Training (July, August, September) | 60 | Complete Session | Good | Not Apply |
| 06/26/2017 | New Companion Training | 240 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 95.2 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 4.8 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

# Bureau of Prisons
## Psychology Services
### Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| **Inmate Name:** SHAREEF, DERRICK | | | **Reg #:** | 22344-424 |
| **Date of Birth:** 09/30/1984 | **Sex:** M | **Facilitator:** (P)Sears, Patrick PsyD | | |
| **Date:** 01/28/2019 | **Group Facility:** GRE | **Group Title:** [260] Criminal Thinking | | |

**Status:** Completed
**Enroll Date:** 02/01/2019   **End Date:** 03/27/2019
**Total Hours:** 7.0

## SESSION DATA:

**Number of Sessions:** 9   **First Session Date:** 02/04/2019   **Last Session Date:** 03/27/2019

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 03/27/2019 | Review & Closing | 60 | Complete Session | Good | Satisfactory |
| 03/25/2019 | Cutoff | 60 | Complete Session | Good | Not Apply |
| 03/21/2019 | Discontinuity | 60 | Complete Session | Good | Unsatisfactory |
| 03/11/2019 | Cognitive Indolence | 0 | Absent Excused | Not Apply | Not Apply |
| 03/04/2019 | Sentimentality | 60 | Complete Session | Good | Satisfactory |
| 02/25/2019 | Entitlement | 0 | Absent Excused | Not Apply | Not Apply |
| 02/21/2019 | Superoptimism | 60 | Complete Session | Good | Satisfactory |
| 02/11/2019 | Mollification | 60 | Complete Session | Good | Satisfactory |
| 02/04/2019 | Payoffs | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 77.8 % | Good | 77.8 % | Not Apply | 44.4 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 44.4 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 11.1 % |
| Absent Excused | 22.2 % | Not Apply | 22.2 % | | |
| Absent Not Excused | 0.0 % | | | | |

**Bureau of Prisons**
**Psychology Services**
**Group Participation**

**\*\*SENSITIVE BUT UNCLASSIFIED\*\***

| | | | |
|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: (P)Sears, Patrick PsyD |
| Date: | 10/17/2018 | Group Facility: GRE | Group Title: [245] Basic Cognitive Skills |

Status: Completed
Enroll Date: 10/17/2018    End Date: 12/19/2018
Total Hours: 7.0

## SESSION DATA:

Number of Sessions: 14    First Session Date: 10/17/2018    Last Session Date: 12/19/2018

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 12/19/2018 | Closing | 60 | Complete Session | Good | Not Apply |
| 12/13/2018 | Supplemental | 0 | Absent Excused | Not Apply | Not Apply |
| 12/13/2018 | Skill Building: RSAs | 60 | Complete Session | Good | Unsatisfactory |
| 12/07/2018 | Skill Building: RSAs | 60 | Complete Session | Good | Unsatisfactory |
| 11/28/2018 | Skill Building: RSAs | 60 | Complete Session | Good | Unsatisfactory |
| 11/21/2018 | Camera Checks & Rational Challenges | 60 | Complete Session | Good | Satisfactory |
| 11/13/2018 | Review Session | 60 | Complete Session | Good | Satisfactory |
| 11/09/2018 | No Group - Coming Off Lockdown/No Movement | 0 | Absent Excused | Not Apply | Not Apply |
| 11/07/2018 | No Group - Lockdown | 0 | Absent Excused | Not Apply | Not Apply |
| 11/02/2018 | No Group - Lockdown | 0 | Absent Excused | Not Apply | Not Apply |
| 10/31/2018 | No Group - Lockdown | 0 | Absent Excused | Not Apply | Not Apply |
| 10/26/2018 | 5 Rules of Rational Thinking & The Downward Arrow Technique | 0 | Absent Not Excused | Not Apply | Not Apply |
| 10/24/2018 | No Group - Lockdown | 0 | Absent Excused | Not Apply | Not Apply |
| 10/17/2018 | Introduction to Basic Cognitive Skills | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 50.0 % | Good | 50.0 % | Not Apply | 64.3 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 14.3 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 21.4 % |
| Absent Excused | 42.9 % | Not Apply | 50.0 % | | |
| Absent Not Excused | 7.1 % | | | | |

## Bureau of Prisons
## Psychology Services
## Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Nagle, Marcie PsyD |
| Date: | 03/22/2018 | Group Facility: GRE | Group Title: | [216] FCI Maintenance |

Status: Completed
Enroll Date: 03/26/2018    End Date: 08/02/2019
Total Hours: 3.0

### SESSION DATA:

Number of Sessions: 4    First Session Date: 04/05/2018    Last Session Date: 05/10/2018

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 05/10/2018 | Sense of Being Above the Law | 60 | Complete Session | Good | Not Apply |
| 05/03/2018 | No Class - CNT Recertification | 0 | Absent Excused | Not Apply | Not Apply |
| 04/19/2018 | Self-Serving Acts of Kindness | 60 | Complete Session | Good | Not Apply |
| 04/05/2018 | Thinking Error #1 - Making Excuses | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 75.0 % | Good | 75.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| | | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Not Apply | 25.0 % | | |
| Absent Excused | 25.0 % | | | | |
| Absent Not Excused | 0.0 % | | | | |

### COMMENTS:

| Date | Provider |
|---|---|
| 08/03/2018 | Nagle, Marcie PsyD |

Inmate Shareef is a current participant in the FCI RESOLVE Maintenance group. This group was temporarily suspended as there were only two participants and the other group member was placed in SHU pending investigation. It has been determined that individual is being transferred; however, there are currently other inmates in the lower phases of RESOLVE that will eventually be available to participate in that group. Therefore, instead of closing and reopening this group, it will remain open and inmate Shareef will be seen on an individual basis until such time as the group can resume.

**Bureau of Prisons**      **\*\*SENSITIVE BUT UNCLASSIFIED\*\***
**Psychology Services**
**Group Participation**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Nagle, Marcie PsyD |
| Date: | 03/22/2018 | Group Facility: GRE | Group Title: | [216] FCI Maintenance |
| Status: | Enrolled | | | |
| Enroll Date: | 03/26/2018 | End Date: | | |
| Total Hours: | 3 | | | |

**SESSION DATA:**

Number of Sessions: 4    First Session Date: 04/05/2018    Last Session Date: 05/10/2018

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 05/10/2018 | Sense of Being Above the Law | 60 | Complete Session | Good | Not Apply |
| 05/03/2018 | No Class - CNT Recertification | 0 | Absent Excused | Not Apply | Not Apply |
| 04/19/2018 | Self-Serving Acts of Kindness | 60 | Complete Session | Good | Not Apply |
| 04/05/2018 | Thinking Error #1 - Making Excuses | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 75.0 % | Good | 75.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 25.0 % | Not Apply | 25.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

**COMMENTS:**

| Date | Provider |
|---|---|
| 08/03/2018 | Nagle, Marcie PsyD |

Inmate Shareef is a current participant in the FCI RESOLVE Maintenance group. This group was temporarily suspended as there were only two participants and the other group member was placed in SHU pending investigation. It has been determined that individual is being transferred; however, there are currently other inmates in the lower phases of RESOLVE that will eventually be available to participate in that group. Therefore, instead of closing and reopening this group, it will remain open and inmate Shareef will be seen on an individual basis until such time as the group can resume.

# Bureau of Prisons
# Psychology Services
# Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | |
|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: (P)Sears, Patrick PsyD |
| Date: | 02/12/2018 | Group Facility: GRE | Group Title: [206] Emotional Self-Regulation |
| Status: | Completed | | |
| Enroll Date: | 02/13/2018 | End Date: 06/13/2018 | |
| Total Hours: | 9.0 | | |

## SESSION DATA:

Number of Sessions: 18  First Session Date: 02/14/2018  Last Session Date: 06/13/2018

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 06/13/2018 | Coping Cards | 60 | Complete Session | Good | Not Apply |
| 06/06/2018 | No Group - Facilitator Out of Institution | 0 | Absent Excused | Not Apply | Not Apply |
| 05/30/2018 | No Group - Compound Closed | 0 | Absent Excused | Not Apply | Not Apply |
| 05/23/2018 | Mindfulness & Value-Driven Action | 0 | Absent Excused | Not Apply | Not Apply |
| 05/15/2018 | Anxiety & Mindfulness | 60 | Complete Session | Good | Not Apply |
| 05/09/2018 | Treating Depression | 60 | Complete Session | Good | Not Apply |
| 05/01/2018 | No Group - Facilitator Out of Institution | 0 | Absent Excused | Not Apply | Not Apply |
| 04/25/2018 | Depression & Behavioral Activation | 60 | Complete Session | Good | Not Apply |
| 04/18/2018 | How Emotions Operate (Review of ABCs) | 60 | Complete Session | Good | Not Apply |
| 04/11/2018 | No Group - Compound Closed | 0 | Absent Excused | Not Apply | Not Apply |
| 04/04/2018 | Understanding Emotions: Mood Swings and Anger | 60 | Complete Session | Good | Not Apply |
| 03/28/2018 | Understanding Emotions: Anxiety | 60 | Complete Session | Good | Not Apply |
| 03/21/2018 | No Group - Compound Closed | 0 | Absent Excused | Not Apply | Not Apply |
| 03/14/2018 | No Group - Facilitator Out Of Institution | 0 | Absent Excused | Not Apply | Not Apply |
| 03/07/2018 | Understanding Emotions: Depression | 60 | Complete Session | Good | Not Apply |
| 02/26/2018 | No Group - Facilitator Out of Institution | 0 | Absent Excused | Not Apply | Not Apply |
| 02/21/2018 | No Group - Compound Closed | 0 | Absent Excused | Not Apply | Not Apply |
| 02/14/2018 | Introduction to ESR | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 50.0 % | Good | 50.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 50.0 % | Not Apply | 50.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

# Bureau of Prisons
# Psychology Services
# Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Sears, Patrick PsyD |
| Date: | 01/02/2018 | Group Facility: GRE | Group Title: | [199] Anger Management |

Status: Completed
Enroll Date: 01/02/2018   End Date: 04/03/2018
Total Hours: 10.0

## SESSION DATA:

Number of Sessions: 14   First Session Date: 01/02/2018   Last Session Date: 04/03/2018

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 04/03/2018 | Session 10: Review & Closing | 60 | Complete Session | Good | Not Apply |
| 03/27/2018 | Session 9: Anger And The Family | 60 | Complete Session | Good | Satisfactory |
| 03/20/2018 | No Group - Compound Closed | 0 | Absent Excused | Not Apply | Not Apply |
| 03/13/2018 | No Group - Facilitator Out Of Institution | 0 | Absent Not Excused | Not Apply | Not Apply |
| 03/06/2018 | Session 8: Assertiveness Training & The Conflict Resolution | 60 | Complete Session | Good | Satisfactory |
| 02/27/2018 | Session 7: Assertiveness Training & the Conflict Resolution | 60 | Complete Session | Good | Satisfactory |
| 02/20/2018 | No Group - Compound Closed | 0 | Absent Excused | Not Apply | Not Apply |
| 02/13/2018 | Session 6: Review Session | 60 | Complete Session | Good | Satisfactory |
| 02/06/2018 | Session 5: The Three-Term Contingency (ABCs) | 60 | Complete Session | Good | Satisfactory |
| 01/29/2018 | Session 4: The Aggression Cycle | 60 | Complete Session | Good | Satisfactory |
| 01/23/2018 | Session 3: Anger Control Plans | 60 | Complete Session | Good | Satisfactory |
| 01/16/2018 | No Group - Facilitator Out of the Institution | 0 | Absent Excused | Not Apply | Not Apply |
| 01/09/2018 | Session 2: Events and Cues | 60 | Complete Session | Good | Satisfactory |
| 01/02/2018 | Session 1: Overview of Anger Management Treatment | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 71.4 % | Good | 71.4 % | Not Apply | 42.9 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 57.1 % |
| | | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Not Apply | 28.6 % | | |
| Absent Excused | 21.4 % | | | | |
| Absent Not Excused | 7.1 % | | | | |

## Bureau of Prisons
## Psychology Services
## Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| Inmate Name: | SHAREEF, DERRICK | | | Reg #: | 22344-424 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Nagle, Marcie PsyD | |
| Date: | 09/12/2017 | Group Facility: GRE | Group Title: | [191] FCI CPT #1 | |

Status: Completed
Enroll Date: 09/12/2017  End Date: 03/08/2018
Total Hours: 14.0

## SESSION DATA:

Number of Sessions: 22   First Session Date: 09/14/2017   Last Session Date: 02/08/2018

| Date | Title | Duration | Attendance | Participation | Homework |
| --- | --- | --- | --- | --- | --- |
| 02/08/2018 | Challenge Stuck Points - Conroy | 60 | Complete Session | Good | Satisfactory |
| 02/01/2018 | Challenge Stuck Points - Shareef | 60 | Complete Session | Good | Satisfactory |
| 01/25/2018 | Challenge Stuck Points - Moore | 60 | Complete Session | Good | Satisfactory |
| 01/18/2018 | Abstract vs Concrete Thinking | 60 | Complete Session | Good | Not Apply |
| 01/11/2018 | No Class - Staff in ART | 0 | Absent Excused | Not Apply | Not Apply |
| 01/04/2018 | No Class - Staff on A/L | 0 | Absent Excused | Not Apply | Not Apply |
| 12/28/2017 | No Class - Staff on A/L | 0 | Absent Excused | Not Apply | Not Apply |
| 12/21/2017 | No Class - Early Recall | 0 | Absent Excused | Not Apply | Not Apply |
| 12/14/2017 | Challenging Questions Part 3 | 60 | Complete Session | Good | Not Apply |
| 12/07/2017 | Challenging Questions Part 2 | 60 | Complete Session | Good | Satisfactory |
| 11/30/2017 | Challenging Questions | 60 | Complete Session | Good | Satisfactory |
| 11/23/2017 | No Class - Holiday | 0 | Absent Excused | Not Apply | Not Apply |
| 11/16/2017 | Identify Stuck Points - Conroy | 60 | Complete Session | Good | Satisfactory |
| 11/09/2017 | No Class - Staff on Leave | 0 | Absent Excused | Not Apply | Not Apply |
| 11/02/2017 | Identify Stuck Points - Shareef | 60 | Complete Session | Good | Satisfactory |
| 10/26/2017 | No Class - Staff on A/L | 0 | Absent Excused | Not Apply | Not Apply |
| 10/19/2017 | Challenge Stuck Points - Moore | 60 | Complete Session | Good | Satisfactory |
| 10/12/2017 | Identify Personal Stuck Points | 60 | Complete Session | Good | Satisfactory |
| 10/05/2017 | Introduction to Stuck Points | 60 | Complete Session | Good | Not Apply |
| 09/28/2017 | No Class - Staff on FFLA | 0 | Absent Excused | Not Apply | Not Apply |
| 09/21/2017 | Review of ABCs | 60 | Complete Session | Good | Not Apply |
| 09/14/2017 | Introduction | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
| --- | --- | --- | --- | --- | --- |
| Complete Session Present | 63.6 % | Good | 63.6 % | Not Apply | 59.1 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 40.9 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 36.4 % | Not Apply | 36.4 % | | |
| Absent Not Excused | 0.0 % | | | | |

## Bureau of Prisons
## Psychology Services
## Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| Inmate Name: | SHAREEF, DERRICK | | | Reg #: | 22344-424 |
|---|---|---|---|---|---|
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Nagle, Marcie PsyD | |
| Date: | 01/05/2017 | Group Facility: GRE | Group Title: | [161] FCI DBT #2 | |

Status: Completed
Enroll Date: 01/05/2017    End Date: 09/12/2017
Total Hours: 17.0

### SESSION DATA:

Number of Sessions: 29    First Session Date: 01/05/2017    Last Session Date: 07/27/2017

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 07/27/2017 | Final | 60 | Complete Session | Good | Not Apply |
| 07/20/2017 | Wrap-up Project Part 3 | 60 | Complete Session | Good | Not Apply |
| 07/13/2017 | Wrap-Up Project Part 2 | 60 | Complete Session | Good | Not Apply |
| 07/06/2017 | Wrap-up Project | 60 | Complete Session | Good | Satisfactory |
| 06/29/2017 | No Class - Staff on A/L | 0 | Absent Excused | Not Apply | Not Apply |
| 06/22/2017 | Interpersonal Effectiveness Part 4 | 60 | Complete Session | Good | Satisfactory |
| 06/15/2017 | No Class - | 0 | Absent Excused | Not Apply | Not Apply |
| 06/08/2017 | Interpersonal Effectiveness Part 3 | 60 | Complete Session | Good | Not Apply |
| 06/01/2017 | Interpersonal Effectiveness Part 2 | 60 | Complete Session | Good | Satisfactory |
| 05/25/2017 | No Class - Staff on A/L | 0 | Absent Excused | Not Apply | Not Apply |
| 05/19/2017 | Interpersonal Effectiveness Part 1 | 60 | Complete Session | Good | Not Apply |
| 05/11/2017 | No Class - Early Recall | 0 | Absent Excused | Not Apply | Not Apply |
| 05/04/2017 | Distress Tolerance Part 3 | 60 | Complete Session | Good | Not Apply |
| 04/27/2017 | No Class - Call-out Fail | 0 | Absent Excused | Not Apply | Not Apply |
| 04/20/2017 | No Class - CNT Recertification/Mock Scenario | 0 | Absent Excused | Not Apply | Not Apply |
| 04/13/2017 | Distress Tolerance Part 2 | 60 | Complete Session | Good | Satisfactory |
| 04/06/2017 | No Class - Staff on Program Review | 0 | Absent Excused | Not Apply | Not Apply |
| 03/30/2017 | Distress Tolerance Part 1 | 60 | Complete Session | Good | Satisfactory |
| 03/23/2017 | Mindfulness Part 3 | 60 | Complete Session | Good | Not Apply |
| 03/16/2017 | No Class - Unit Shakedowns | 0 | Absent Excused | Not Apply | Not Apply |
| 03/09/2017 | No Class - Staff on A/L | 0 | Absent Excused | Not Apply | Not Apply |
| 03/02/2017 | No Class - Staff on FFLA | 0 | Absent Excused | Not Apply | Not Apply |
| 02/23/2017 | No Class - Staff on FFLA | 0 | Absent Excused | Not Apply | Not Apply |
| 02/16/2017 | Mindfulness Part 2 | 60 | Complete Session | Good | Satisfactory |
| 02/09/2017 | Mindfulness Part 1 | 60 | Complete Session | Good | Satisfactory |
| 02/02/2017 | Radical Acceptance | 60 | Complete Session | Good | Not Apply |
| 01/26/2017 | No Class - Staff in ART | 0 | Absent Excused | Not Apply | Not Apply |
| 01/19/2017 | Role of Mindfulness in CBT | 60 | Complete Session | Good | Not Apply |
| 01/05/2017 | Introduction | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 58.6 % | Good | 58.6 % | Not Apply | 75.9 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 24.1 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 41.4 % | Not Apply | 41.4 % | | |
| Absent Not Excused | 0.0 % | | | | |

# Bureau of Prisons
# Psychology Services
# Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Nagle, Marcie PsyD |
| Date: | 08/04/2016 | Group Facility: GRE | Group Title: | [146] FCI SS #2 |

Status: Completed
Enroll Date: 08/04/2016    End Date: 12/29/2016
Total Hours: 14.5

## SESSION DATA:

Number of Sessions: 17    First Session Date: 08/04/2016    Last Session Date: 12/29/2016

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 12/29/2016 | "Inside Out" Part 2 | 60 | Complete Session | Good | Not Apply |
| 12/22/2016 | "Inside Out" Part 1 | 60 | Complete Session | Good | Not Apply |
| 12/15/2016 | Boundary Role Plays | 60 | Complete Session | Good | Not Apply |
| 12/08/2016 | Setting Boundaries Part 2 | 60 | Complete Session | Good | Not Apply |
| 12/01/2016 | Setting Boundaries Part 1 | 60 | Complete Session | Good | Not Apply |
| 11/17/2016 | Healthy Relationships Part 3 | 60 | Complete Session | Good | Not Apply |
| 11/10/2016 | No Class- IDO close-out meeting | 0 | Absent Excused | Not Apply | Not Apply |
| 11/03/2016 | No Class- Unit Shakedowns | 0 | Absent Excused | Not Apply | Not Apply |
| 10/27/2016 | Healthy Relationships Part 2 | 60 | Complete Session | Good | Not Apply |
| 10/20/2016 | Healthy Relationships Part 1 | 60 | Complete Session | Good | Not Apply |
| 10/06/2016 | Honesty | 60 | Complete Session | Good | Not Apply |
| 09/22/2016 | Anger Part 2 | 60 | Complete Session | Good | Satisfactory |
| 09/15/2016 | Anger Part 1 | 60 | Complete Session | Good | Not Apply |
| 08/25/2016 | Compassion | 60 | Complete Session | Good | Not Apply |
| 08/18/2016 | Grounding | 30 | Complete Session | Good | Not Apply |
| 08/11/2016 | Signs of Recovery | 60 | Complete Session | Good | Not Apply |
| 08/04/2016 | Intro | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 88.2 % | Good | 88.2 % | Not Apply | 94.1 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 5.9 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 11.8 % | Not Apply | 11.8 % | | |
| Absent Not Excused | 0.0 % | | | | |

**Bureau of Prisons**      \*\*SENSITIVE BUT UNCLASSIFIED\*\*
**Psychology Services**
**Group Participation**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Sears, Patrick PsyD |
| Date: | 04/19/2016 | Group Facility: GRE | Group Title: | [128] Inmate Companion Training (Suicide |
| Status: | Enrolled | | | |
| Enroll Date: | 06/26/2017 | End Date: | | |
| Total Hours: | 25 | | | |

## SESSION DATA:

Number of Sessions: 13    First Session Date: 06/26/2017    Last Session Date: 10/12/2018

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 10/12/2018 | Quarterly Meeting (October, November, December) | 60 | Complete Session | Good | Not Apply |
| 07/02/2018 | Semiannual Training | 240 | Complete Session | Good | Not Apply |
| 07/02/2018 | Quarterly Meeting (July, August, September) | 60 | Complete Session | Good | Not Apply |
| 04/04/2018 | Quarterly Meeting (April, May, June) | 60 | Complete Session | Good | Not Apply |
| 02/09/2018 | Supplemental Training | 120 | Complete Session | Good | Not Apply |
| 01/19/2018 | Semiannual Training | 120 | Complete Session | Good | Not Apply |
| 01/12/2018 | Semiannual Training | 120 | Complete Session | Good | Not Apply |
| 01/03/2018 | Quarterly Meeting (January, February, March) | 60 | Complete Session | Good | Not Apply |
| 10/02/2017 | Quarterly Meeting (October, November, December) | 60 | Complete Session | Good | Not Apply |
| 08/29/2017 | Supplemental Training | 60 | Complete Session | Good | Not Apply |
| 07/10/2017 | Semiannual Training | 240 | Complete Session | Good | Not Apply |
| 07/03/2017 | Quarterly Training (July, August, September) | 60 | Complete Session | Good | Not Apply |
| 06/26/2017 | New Companion Training | 240 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |

# Bureau of Prisons
# Psychology Services
# Group Participation

**SENSITIVE BUT UNCLASSIFIED**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SHAREEF, DERRICK | | | Reg #: | 22344-424 |
| Date of Birth: | 09/30/1984 | Sex: M | Facilitator: | (P)Nagle, Marcie PsyD | |
| Date: | 03/24/2016 | Group Facility: GRE | Group Title: | [122] FCI TSR #2 | |

Status: Completed
Enroll Date: 04/30/2016  End Date: 07/28/2016
Total Hours: 8.0

## SESSION DATA:

Number of Sessions: 8   First Session Date: 05/12/2016   Last Session Date: 07/28/2016

| Date | Title | Duration | Attendance | Participation | Homework |
|---|---|---|---|---|---|
| 07/28/2016 | Resilence Part 2/Coping Skills | 60 | Complete Session | Good | Not Apply |
| 07/21/2016 | Unbroken Part 3 | 60 | Complete Session | Good | Not Apply |
| 07/07/2016 | Unbroken Part 2 | 60 | Complete Session | Good | Not Apply |
| 06/30/2016 | Unbroken Part 1 | 60 | Complete Session | Good | Not Apply |
| 06/23/2016 | Resilience Part 1 | 60 | Complete Session | Good | Not Apply |
| 06/16/2016 | Belief Systems | 60 | Complete Session | Good | Not Apply |
| 06/09/2016 | Symptoms of Trauma | 60 | Complete Session | Good | Not Apply |
| 05/12/2016 | Factors Influencing Trauma Part 2 | 60 | Complete Session | Good | Not Apply |

| Attendance | | Participation | | Homework | |
|---|---|---|---|---|---|
| Complete Session Present | 100.0 % | Good | 100.0 % | Not Apply | 100.0 % |
| Incomplete Session Excused | 0.0 % | Fair | 0.0 % | Satisfactory | 0.0 % |
| Incomplete Session Not Excused | 0.0 % | Poor | 0.0 % | Unsatisfactory | 0.0 % |
| Absent Excused | 0.0 % | Not Apply | 0.0 % | | |
| Absent Not Excused | 0.0 % | | | | |