**Exhibit K**

```
   GREFF            *         INMATE DISCIPLINE DATA           *     11-01-2021
 PAGE 001           *     CHRONOLOGICAL DISCIPLINARY RECORD    *     12:32:40

REGISTER NO: 22344-424  NAME..: SHAREEF, DERRICK
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-01-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3009752 - SANCTIONED  INCIDENT DATE/TIME: 07-13-2017 1240
UDC HEARING DATE/TIME: 07-17-2017 0909
FACL/UDC/CHAIRPERSON.: GRE/H2/FITZPATRIC
REPORT REMARKS.......: START DATE 7-17-2017- FINISH DATE 08-15-2017
   310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
        LP COMM    / 30 DAYS / CS / SUSPENDED 30 DAYS
        COMP:   LAW:
        LP PHONE   / 30 DAYS / CS / SUSPENDED 30 DAYS
        COMP:   LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2831618 - SANCTIONED  INCIDENT DATE/TIME: 03-25-2016 1020
UDC HEARING DATE/TIME: 03-29-2016 1028
FACL/UDC/CHAIRPERSON.: GRE/H2/K. SEELY
REPORT REMARKS.......: BASED ON REPORT HE COMMITTED PROHIBITED ACT AS CHARGED.
   321  INTERFERING WITH TAKING COUNT - FREQ: 1
        LP COMM    / 60 DAYS / CS
        COMP:   LAW:    LOSS OF COMMISSARY FOR 60 DAYS, RESUME 05-29-2016
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2821210 - SANCTIONED  INCIDENT DATE/TIME: 02-28-2016 1725
UDC HEARING DATE/TIME: 03-01-2016 0815
FACL/UDC/CHAIRPERSON.: GRE/H2/K. SEELY
REPORT REMARKS.......: BASED ON REPORT HE COMMITTED PROHIBITED ACT AS CHARGED.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:   LAW:    LOSS OF PHONE FOR 30 DAYS, RESUME 3-31-3016.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2799517 - SANCTIONED  INCIDENT DATE/TIME: 12-30-2015 1420
UDC HEARING DATE/TIME: 01-05-2016 0740
FACL/UDC/CHAIRPERSON.: GRE/H2/K. SEELY
REPORT REMARKS.......: BASED ON REPORT HE COMMITTED PROHIBTED ACT AS CHARGED.
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP VISIT   / 30 DAYS / CS
        COMP:   LAW:    LOSS OF VISITING FOR 30 DAYS, RESUME 02-05-2016.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2354510 - SANCTIONED  INCIDENT DATE/TIME: 09-21-2012 2132
UDC HEARING DATE/TIME: 09-27-2012 0904
FACL/UDC/CHAIRPERSON.: GRE/H2/WLIRIOS
REPORT REMARKS.......: SANCTIONS ARE TO DETER FUTURE NEGATIVE BEHAVIOR OF THIS
                       TYPE BY THE INMATE.
   334  CONDUCTING A BUSINESS W/O AUTH - FREQ: 1
        LP COMM    / 60 DAYS / CS
        COMP:   LAW:    TO RESUME 11-27-2012
        LP PHONE   / 60 DAYS / CS
        COMP:   LAW:    TO RESUME 11-27-2012



G0002         MORE PAGES TO FOLLOW . . .
```

```
   GREFF            *      INMATE DISCIPLINE DATA         *    11-01-2021
   PAGE 002         *   CHRONOLOGICAL DISCIPLINARY RECORD *    12:32:40

REGISTER NO: 22344-424 NAME..: SHAREEF, DERRICK
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ___ MOS PRIOR TO 11-01-2021
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2332952 - SANCTIONED INCIDENT DATE/TIME: 07-30-2012 1330
DHO HEARING DATE/TIME: 08-22-2012 0939
FACL/CHAIRPERSON.....: GRE/B.AUTERSON
REPORT REMARKS.......: INMATE FOUND TO HAVE USED THE EMAIL SYSTEM TO TALK TO
                       ANOTHER INMATE
  296  MAIL ABUSE, DISRUPT MONITORING - FREQ: 1
       DIS GCT    / 27 DAYS / CS
       COMP:010 LAW:P   DISALLOW GCT
       LP OTHER   / 90 DAYS / CS
       COMP:    LAW:    LOSS OF EMAIL FOR 90 DAYS
                        RESUME ON 11/19/12
       LP PHONE   / 30 DAYS / CS
       COMP:    LAW:    LOSS OF PHONE FOR 30 DAYS
                        RESUME ON 9/20/12
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2195176 - SANCTIONED INCIDENT DATE/TIME: 08-06-2011 1130
DHO HEARING DATE/TIME: 08-31-2011 0837
FACL/CHAIRPERSON.....: GRE/B.AUTERSON
REPORT REMARKS.......: INMATE FOUND TO HAVE BEEN ON ANOTHER INMATE'S ACCOUNT
                       ON EMAIL
  299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
       DIS GCT    / 14 DAYS / CS
       COMP:010 LAW:P   DISALLOW GCT
       LP OTHER   / 60 DAYS / CS
       COMP:    LAW:    LOSS OF EMAIL FOR 60 DAYS
                        RESUME ON 10/29/11
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2195175 - SANCTIONED INCIDENT DATE/TIME: 08-06-2011 1130
UDC HEARING DATE/TIME: 08-10-2011 1056
FACL/UDC/CHAIRPERSON.: GRE/H2/LIRIOS
REPORT REMARKS.......: LOSS OF PHONE & EMAIL FOR 30 DAYS.
  316  BEING IN UNAUTHORIZED AREA - FREQ: 1
       LP PHONE   / 30 DAYS / CS
       COMP:    LAW:    LOSS OF EMAIL FOR 30 DAYS.
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2188778 - SANCTIONED INCIDENT DATE/TIME: 07-22-2011 0640
UDC HEARING DATE/TIME: 07-27-2011 1320
FACL/UDC/CHAIRPERSON.: GRE/H2/LYONS
REPORT REMARKS.......: LOSS OF COMMISSARY FOR 30 DAYS TO DETER FUTURE NEGATIVE
                       BEHAVIOR.
  306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
       LP COMM    / 30 DAYS / CS
       COMP:    LAW:



G0002         MORE PAGES TO FOLLOW . . .
```

```
  GREFF              *        INMATE DISCIPLINE DATA         *     11-01-2021
PAGE 003 OF 003 *         CHRONOLOGICAL DISCIPLINARY RECORD  *     12:32:40

REGISTER NO: 22344-424 NAME..: SHAREEF, DERRICK
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-01-2021
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1891224 - SANCTIONED INCIDENT DATE/TIME: 07-10-2009 1300
UDC HEARING DATE/TIME: 07-14-2009 1340
FACL/UDC/CHAIRPERSON.: GRE/H2/PERFETTI
REPORT REMARKS.......: LOSS OF COMMISSARY FOR 30 DAYS TO DETER NEGATIVE
                       BEHAVIOR.
   310   BEING ABSENT FROM ASSIGNMENT - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:      LAW:




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```