**Exhibit L**

```
   GREIK           *         INMATE EDUCATION DATA        *      10-29-2021
 PAGE 001          *              TRANSCRIPT              *      12:33:40

 REGISTER NO: 22344-424      NAME..: SHAREEF                   FUNC: PRT
 FORMAT.....: TRANSCRIPT     RSP OF: GRE-GREENVILLE FCI

 ------------------------------ EDUCATION INFORMATION ---------------------------
 FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
 GRE  ESL HAS    ENGLISH PROFICIENT           03-19-2007 1433 CURRENT
 GRE  GED HAS    COMPLETED GED OR HS DIPLOMA  07-27-2009 1411 CURRENT

 ------------------------------- EDUCATION COURSES ------------------------------
 SUB-FACL    DESCRIPTION                   START DATE   STOP DATE EVNT AC LV  HRS
 GRE         ACT WORK KEYS PROGRAM ADVANCED 10-14-2021  CURRENT
 GRE         ACT WORK KEYS PROGRAM          06-13-2021  10-14-2021  P  C  P   98
 GRE         RPP4 US PROBATION OFFICE       06-14-2021  09-03-2021  P  C  P   24
 GRE         RELEASE ORIENTATION PROGRAM-3  07-22-2021  07-22-2021  P  C  P    1
 GRE         RELEASE ORIENTATION PROGRAM-2  07-21-2021  07-21-2021  P  C  P    8
 GRE         RELEASE ORIENTATION PROGRAM-1  07-20-2021  07-20-2021  P  C  P    8
 GRE         YOUTH MENTOR PROGRAM           11-07-2019  03-22-2021  P  C  P   22
 GRE         WORLD GOVERNMENTS FCI ACE      12-29-2020  12-29-2020  P  C  P   10
 GRE         WHERE TO LOCATE JOBS ACE       12-03-2020  12-03-2020  P  C  P   10
 GRE         INTERVIEW PROCESS ACE          12-03-2020  12-03-2020  P  C  P   10
 GRE         PERSON TO PERSON FCI ACE       12-03-2020  12-03-2020  P  C  P   10
 GRE         MANAGING CREDIT WISELY ACE     12-03-2020  12-03-2020  P  C  P   10
 GRE         FCI PERSONAL DEVELOPEMENT ACE  11-18-2020  11-18-2020  P  C  P   10
 GRE         BUSINESS PLAN FCI ACE          11-12-2020  11-12-2020  P  C  P   10
 GRE         PERSON TO PERSON FCI ACE       10-28-2020  10-28-2020  P  C  P   10
 GRE         INTERVIEW PROCESS ACE          10-07-2020  10-07-2020  P  C  P   10
 GRE         WHERE TO LOCATE JOBS ACE       09-17-2020  09-17-2020  P  C  P   10
 GRE         ACE POSITIVELY CLASS           08-04-2020  08-04-2020  P  C  P    8
 GRE         INTRO SUICIDE COMPANION TRNG   03-31-2020  03-31-2020  P  C  P    4
 GRE         INTRO SUICIDE COMPANION TRNG   12-31-2019  12-31-2019  P  C  P   61
 GRE         INTRO SUICIDE COMPANION TRNG   01-31-2020  01-31-2020  P  C  P   12
 GRE         INTRO SUICIDE COMPANION TRNG   12-31-2019  12-31-2019  P  C  P   43
 GRE         INTRO SUICIDE COMPANION TRNG   10-04-2019  10-04-2019  P  C  P    1
 GRE         INTRO SUICIDE COMPANION TRNG   07-26-2019  07-26-2019  P  C  P    5
 GRE         G'VILLE U AMERICAN HISTORY 105 01-23-2019  05-08-2019  P  C  P    3
 GRE         COMMUNICATION CLASS            01-20-2019  04-29-2019  P  C  P   10
 GRE         INTRO SUICIDE COMPANION TRNG   04-03-2019  04-03-2019  P  C  P    1
 GRE         INTRO SUICIDE COMPANION TRNG   03-04-2019  03-04-2019  P  C  P    4
 GRE         RPP6 3 STEPS TO SUCCESS        09-17-2018  12-20-2018  P  C  P   15
 GRE         INTRO SUICIDE COMPANION TRNG   10-12-2018  10-12-2018  P  C  P    1
 GRE         INTRO SUICIDE COMPANION TRNG   07-02-2018  07-02-2018  P  C  P    5
 GRE         INTRO SUICIDE COMPANION TRNG   04-04-2018  04-04-2018  P  C  P    1
 GRE         RPP1 HIV EDUCATION             01-18-2018  03-22-2018  P  C  P   10
 GRE         INTRO SUICIDE COMPANION TRNG   02-09-2018  02-09-2018  P  C  P    2
 GRE         INTRO SUICIDE COMPANION TRNG   01-19-2018  01-19-2018  P  C  P    2
 GRE         INTRO SUICIDE COMPANION TRNG   01-03-2018  01-03-2018  P  C  P    1
 GRE         ULTIMATE TRAINER COURSE        07-20-2017  11-01-2017  P  C  P   12
 GRE         INTRO SUICIDE COMPANION TRNG   10-02-2017  10-02-2017  P  C  P    1
 GRE         INTRO SUICIDE COMPANION TRNG   08-29-2017  08-29-2017  P  C  P    1
 GRE         INTRO SUICIDE COMPANION TRNG   07-10-2017  07-10-2017  P  C  P    4

 G0002          MORE PAGES TO FOLLOW . . .
```

```
   GREIK         *      INMATE EDUCATION DATA        *     10-29-2021
PAGE 002 OF 002  *            TRANSCRIPT             *     12:33:40

REGISTER NO: 22344-424    NAME..: SHAREEF                FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: GRE-GREENVILLE FCI

-------------------------------  EDUCATION COURSES  ---------------------------
   SUB-FACL   DESCRIPTION                 START DATE  STOP DATE EVNT AC LV  HRS
   GRE        INTRO SUICIDE COMPANION TRNG 07-03-2017 07-03-2017   P  C  P    1
   GRE        INTRO SUICIDE COMPANION TRNG 06-26-2017 06-26-2017   P  C  P    4
   GRE        SEEKING SAFETY              08-04-2016 12-29-2016    P  C  P   15
   GRE        TRAMATIC STRESS RESILIENCE WS 03-24-2016 07-28-2016  P  C  P    8
   GRE        BEGINNER PAINTING CLASS     11-02-2015 12-31-2015    P  C  P    1
   GRE        CREATIVE WALL ART           08-21-2015 10-09-2015    P  C  P    1
   GRE        ACE SEWING CLASS AM         09-14-2011 10-27-2011    P  C  F   30
   GRE        PUBLIC SPEAKING             04-27-2009 08-06-2009    P  C  P   24
   CCC M      PARENTING                   06-26-2008 08-25-2008    P  C  P   11




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

**Greenville University**

ID : 111388248
Name : Derrick Lamarr Shareef
SSN : ***-**-5820
Address : PO Box 5000
Greenville, IL 62246

**Undergraduate Division**

| Course Number | Title | CR Type | Gra Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|
| 2018-2019 : Spring | | | | | | | | |
| HIST.205 | American History II | CR | A | 3.00 | 3.00 | 3.00 | 12.00 | |
| | Term Totals : | | | 3.00 | 3.00 | 3.00 | 12.00 | 4.0000 |
| | Career Totals : | | | 3.00 | 3.00 | 3.00 | 12.00 | 4.0000 |
| | Division Career Totals : | | | 3.00 | 3.00 | 3.00 | 12.00 | 4.0000 |

<u>Degree Information :</u>
(1) Date Conferred :
 Major(s)
  Non-Degree Seeking